**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 04-2044**

————————

ORVILLE ARNETT,

                                Plaintiff - Appellant,

        versus

RAPHAEL J. GRANT,

                                Defendant - Appellee,

        and

PRINCE GEORGE'S COUNTY; ANTHONY M. MILEO;
WAYNE CURRY, County Executive for Prince
George's County, Maryland,

                                Defendants.

————————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(CA-02-3861-AW)

————————

Submitted:  January 28, 2005        Decided:  February 23, 2005

————————

Before WILKINSON, TRAXLER, and KING, Circuit Judges.

————————

Affirmed by unpublished per curiam opinion.

————————

Orville Arnett, Appellant Pro Se.  Krystal Quinn Alves, Kristin
Marie Hileman Adams, OFFICE OF LAW FOR PRINCE GEORGE'S COUNTY,
Upper Marlboro, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Orville Arnett appeals the district court's order dismissing this action arising out of Arnett's arrest. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Arnett v. Grant, No. CA-02-3861-AW (D. Md. filed July 29, 2004; entered July 30, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED